■ In the Matter of JONATHAN C.G., an Infant, Appellant. NIAGARA COUNTY ATTORNEY, Respondent. [790 NYS2d 908]—Appeal from an order of the Family Court, Niagara County (John F. Batt, J.), entered September 7, 2000 in a proceeding pursuant to Family Court Act article 3. The order placed respondent in the custody of the New York State Office of Children and Family Services for a period of 12 months.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Alex N.*, 255 AD2d 626, 627 [1998]). Present—Kehoe, J.P., Gorski, Martoche, Smith and Pine, JJ.